IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REX RIGNEY**  **PLAINTIFF**
**#87151**

VS.                           4:23-cv-00939-BRW

**DAVID HAMILTON, RN**
**Pope County Detention Center**                           **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  (Doc. 14.)   No objections have been filed, and the time to do so has passed.

Therefore, Defendant's Motion for Summary Judgment (Doc. No. 11) is granted, and Plaintiff's claim against Defendant Hamilton is dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 7th day of March 2024.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).